No. 519. UNITED STATES v. JEFFERS. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Perlman* for the United States.

No. 505. OBERMEIER v. UNITED STATES; and
No. 557. UNITED STATES v. OBERMEIER. C. A. 2d Cir. Certiorari denied. *Paul O'Dwyer* for Obermeier. *Solicitor General Perlman* for the United States. *Assistant Attorney General McInerney* and *Robert S. Erdahl* were with him on the brief in No. 505. Reported below: 186 F. 2d 243.

No. 515. REILLY v. GODDARD, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *John T. Cahill* for petitioner. *Edward C. Wallace* for respondent.

No. 524. LYDON ET UX. v. CARNEY ET UX. Supreme Court of Washington. Certiorari denied. Petitioners *pro se*. *Lane Summers* for respondents.

No. 526. PARR ET AL. v. SCOFIELD, COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *J. B. Lewright* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *John R. Benney* for respondent.

No. 527. GEER ET AL., DOING BUSINESS AS LARRY GEER BALLROOMS, v. BIRMINGHAM ET AL., EXECUTORS. C. A. 8th Cir. Certiorari denied. *Thomas B. Roberts* and